AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| DAVID I. GLOVER ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:17-cv-00109 |
| THE CITY OF NORFOLK, VIRGINIA, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SAFE BOATS INTERNATIONAL, LLC

Date: 1/2/18

*Attorney's signature*

DARIUS K. DAVENPORT 74064
*Printed name and bar number*

150 W. Main Street, Suite 1500
Norfolk, VA 23510

*Address*

ddavenport@cwm-law.com
*E-mail address*

(757) 623-3000
*Telephone number*

(757) 623-5735
*FAX number*