IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DAVID I. GLOVER )<br>)<br>and )<br>)<br>TIMOTHY B. PRIDEMORE, )<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>RICHARD J. HRYNIEWICH, )<br>)<br>and )<br>)<br>THE CITY OF NORFOLK, VIRGINIA, )<br>    Defendants and )<br>    Third Party Plaintiffs, )<br>)<br>v. )<br>)<br>SAFE BOATS INTERNATIONAL, LLC, )<br>)<br>and )<br>)<br>WILLARD MARINE, INC., )<br>    Third-Party Defendants. )<br>_____) | Civil Action No. 2:17CV109 (RCY) |

**ORDER**

This matter is before the Court on Third-Party Defendant Willard Marine, Inc.'s Motion Summary Judgment (ECF No. 243.) For the reasons stated in the accompanying Memorandum Opinion, the Court DENIES Third-Party Defendant's Motion for Summary Judgment (ECF No. 243).

It is so ORDERED.

Richmond, Virginia
Date: September 28, 2022

/s/ [signature]
Roderick C. Young
United States District Judge