IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DAVID I. GLOVER </br></br>  and </br></br> TIMOTHY B. PRIDEMORE, </br>     Plaintiffs, </br></br>  v. </br></br> RICHARD J. HRYNIEWICH, </br></br>  and </br></br> THE CITY OF NORFOLK, VIRGINIA, </br>     Defendants and </br>     Third-Party Plaintiffs, </br></br>  v. </br></br> SAFE BOATS INTERNATIONAL, LLC, </br></br>  and </br></br> WILLARD MARINE, INC., </br>     Third-Party Defendants. | Civil Action No. 2:17CV109 (RCY) |

**ORDER**

This matter is before the Court on Safe Boats International, LLC's ("Safe Boats") Motion to Bifurcate. (ECF No. 237.) The Court DENIES Safe Boats' Motion to Bifurcate WITHOUT PREJUDICE to refiling.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

Richmond, Virginia
Date: September 28, 2022

/s/ _____
Roderick C. Young
United States District Judge