IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DAVID I. GLOVER

and

TIMOTHY B. PRIDEMORE,
    Plaintiffs,

v.                                                Civil Action No.  2:17-CV-109 (EWH)

RICHARD J. HRYNIEWICH,

and

THE CITY OF NORFOLK, VIRGINIA,
    Defendants and
    Third-Party Plaintiffs,

v.

SAFE BOATS INTERNATIONAL, LLC,

and

WILLARD MARINE, INC.
    Third-Party Defendants.

## **ORDER**

       This matter is before the Court on Plaintiffs' Motion to Set Trial (ECF No. 264) and Motion for Status Conference (ECF No. 272). Plaintiffs' Motion to Set Trial and Motion for Status Conference are GRANTED. The Court will hold a status conference and will set trial in this matter on **November 16, 2022 at 2:00 P.M.** Please report to the Courtroom of District Judge Elizabeth W. Hanes, First Floor, Walter E. Hoffman United States Courthouse, 600 Granby Street, Norfolk, Virginia. It is anticipated that the conference will last approximately twenty (20) minutes.

At the conference, the case will be set for trial. Unless approved by the Court before the conference, counsel who will actually try the case or counsel with full decision-making authority shall attend the conference. It is necessary for only one attorney for represented parties to attend the conference, provided that the attorney in attendance is authorized to set the matter for trial on a date certain. Counsel attending the conference shall be prepared to provide available dates for trial and motions for all necessary counsel of record. In any event, counsel shall be knowledgeable of the facts and legal issues in the action.

The Court directs counsel to meet and confer before the conference and to file, by no later than **November 9, 2022**, a joint position statement setting forth the anticipated timeframe in which trial could be set, the length of trial, and any additional scheduling issues for the Court's consideration in advance of the conference. To the extent the parties are unable to agree on a joint statement, the parties may each file statements identifying the agreed and disputed issues.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: October 26, 2022