IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DAVID I. GLOVER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>　　　　Defendants. | Case No. 2:17-cv-00109 |
| TIMOTHY B. PRIDEMORE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>　　　　Defendants. | Case No. 2:17-cv-00110 |

**JOINT STATEMENT ON TRIAL SCHEDULING MATTERS**

COME NOW Defendants the City of Norfolk, Virginia and Richard J. Hryniewich (hereinafter together are "Defendants"); Plaintiffs David I. Glover (hereinafter, "Glover"), and Timothy B. Pridemore (hereinafter, "Pridemore"); and Third-Party Defendants SAFE Boats International, LLC (hereinafter, "SAFE Boats"), and Willard Marine, Inc. (hereinafter, "Willard Marine"), by counsel, and provides the following joint statement on trial scheduling matters as directed by the Court:

1.　**Anticipated Timeframe for Trial**:  This case involves four lead counsel for the various parties.  Coordinating the schedules for these counsel indicates that trial availability would begin in July 2023.  The parties agree that the trial period for this case should be during Summer – Fall 2023.

I-2520562.1

2. **Length of Trial:**  Trial duration is agreed to be about two weeks as the parties and issues are currently presented to the Court.  By order and memorandum opinion dated January 7, 2022 [D.E. 245, 246], the Court bifurcated the third-party claims against Willard Marine and Willard Marine's third-party counterclaim against the City, directing that those claims be tried separately following the conclusion of the tort-based claims. The City and Willard Marine propose that the bifurcated claims should be set for trial on a date certain following the conclusion of the trial and judgment of the tort claims and believe that the bifurcated claims would require three days for trial.

A Motion to Bifurcate was previously filed by Safe Boats [D.E. 237] that was denied shortly before this case was reassigned, without prejudice to refiling it [D.E. 280]. Safe Boats intends to file a Motion to Bifurcate the third-party indemnity and contribution claims of the City to be tried following the conclusion of the tort-based claims against the City in the event the City is found liable to the Plaintiffs.  If granted, Safe Boats suggests the trial of the third-party claims against Safe Boats could be consolidated with the third-party claims against Willard Marine as the City contends it is entitled to indemnity from both third-party defendants.

3. **Additional Scheduling Issues:**   The only remaining scheduling issues would be confirming the availability of witnesses promptly after the Court identifies the trial schedule for this matter.

Respectfully submitted,

Dated:  November 9, 2022

/s/ David H. Sump
David H. Sump (VSB No. 28897)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone:  (757) 628-5615
Fax:  (757) 333-3615

dsump@wilsav.com
*Counsel for Defendants City of Norfolk and Richard J. Hryniewich*

//s//    Keith J. Leonard
Keith J. Leonard (VSB No. 65668)
John I. Paulson (VSB No. 48647)
Huffman & Huffman, Brothers-in-Law, PLLC
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
Telephone:  (757) 599-6050
Fax:  (757) 591-2784
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
*Counsel for Plaintiffs*

//s//  James L. Chapman
James L. Chapman, IV, VSB No. 21983
Darius Davenport, VSB No. 74064
CRENSHAW, WARE &MARTIN, P.L.C.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
ddavenport@cwm-law.com
*Counsel for the SAFE Boats International, LLC*


//s//    John B. Mumford, Jr.
John B. Mumford, Jr. (VSB No.: 38764)
John S. Buford (VSB No.: 89041)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
*Counsel for Willard Marine, Inc.*

3

I-2520562.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of November 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Keith J. Leonard, Esquire
John I. Paulson, Esquire
Nicholas L. Woodhouse, Esquire
Huffman & Huffman
Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com

James L. Chapman, IV, Esquire
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1923
Norfolk, VA 23510
jchapman@cwm-law.com

John B. Mumford, Jr., Esquire
John Buford, Esquire
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com

To the best of my knowledge, there are no other attorneys who require service by U.S. Mail.

/s/ David H. Sump
David H. Sump (VSB No. 28897)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone: (757) 628-5615
Fax: (757) 333-3615
dsump@wilsav.com
*Counsel for Defendants*

I-2520562.1