IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| DAVID I. GLOVER,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>      Defendants. | Case No. 2:17-cv-00109 |
| TIMOTHY B. PRIDEMORE,<br><br>      Plaintiffs,<br><br>v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>      Defendants. | Case No. 2:17-cv-00110 |

**SAFE BOATS INTERNATIONAL, LLC'S MOTION TO BIFURCATE**

Third-Party Defendant Safe Boats International, LLC ("Safe Boats"), by counsel, hereby moves the Court, pursuant to Rule 42(b) of the Federal Rules of Civil Procedure and the Court's inherent authority to stay proceedings, for entry of an order bifurcating claims filed by Third-Party Plaintiff The City of Norfolk, Virginia (the "City") against Safe Boats, and staying the case against Safe Boats until the City's liability to Plaintiffs David I. Glover and Timothy B. Pridemore is determined.

In support of this motion, Safe Boats relies on the memorandum submitted contemporaneously herewith in accordance with Local Civil Rule 7(F).

WHEREFORE, Safe Boats respectfully requests the Court enter an Order bifurcating the City's claims and granting such other and further relief as the Court deems just and proper.

1

Dated:  November 9, 2022                         **SAFE BOATS INTERNATIONAL, LLC**

*/s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
David C. Hartnett, VSB No. 80452
CRENSHAW, WARE &MARTIN, P.L.C.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
dhartnett@cwm-law.com
*Attorneys for SAFE Boats International, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
CRENSHAW, WARE &MARTIN, P.L.C.
150 West Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Attorney for SAFE Boats International, LLC*