IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DAVID I. GLOVER,<br><br>    Plaintiff,<br><br>  v.<br><br>THE CITY OF NORFOLK, VIRGINIA and RICHARD J. HRYNIEWICH,<br><br>    Defendants and Third-Party Plaintiffs,<br>  v.<br><br>SAFE BOATS INTERNATIONAL, INC. and WILLARD MARINE, INC.,<br><br>    Third-Party Defendants. | Case No. 2:17-CV-00109 |
| TIMOTHY B. PRIDEMORE,<br><br>    Plaintiff,<br>  v.<br><br>THE CITY OF NORFOLK, VA, and RICHARD J. HRYNIEWICH,<br><br>    Defendants and Third-Party Plaintiffs,<br>  v.<br><br>SAFE BOATS INTERNATIONAL, INC. and WILLARD MARINE, INC.,<br><br>    Third-Party Defendants. | Consolidated with<br>Case No. 2:17-CV-00110 |

**WILLARD MARINE'S RESPONSE TO MOTION TO BIFURCATE
FILED BY SAFE BOATS INTERNATIONAL, LLC**

In response to the Motion to Bifurcate filed by Safe Boat International, LLC ("SBI") [D.E. 283-84], Willard Marine takes no position on SBI's request to bifurcate,

1

but opposes SBI's suggestion to combine its trial with Willard Marine's previously bifurcated trial because the issues between the parties are wholly unrelated.

The City alleges Willard Marine breached a contractual obligation to provide certain insurance. City's T-Compl. ¶¶ 19-25 [D.E. 28]. Willard Marine alleges the City failed to pay for the parts and services. WM C-Cl. at 5-6 [D.E. 45]. The issues for trial between Willard Marine and the City are entirely contractual. Because the underlying claims are tort-based negligence claims about the cause of the boating accident and any resulting damages, the Court concluded bifurcation of the "separate and independent" claims involving Willard Marine "would simplify the substantive issues before the factfinder and would not produce overlapping evidence." Order (1/7/22) at 6-7 [D.E. 245].

In contrast, the City alleges SBI's defective boat design led to the boating accident at issue in the underlying cases between the City, David Glover, and Timothy Pridemore. City T-Comp. [D.E. 29]. The City does not allege Willard Marine caused the accident, only that Willard Marine breached a contract. The products liability issues for trial between SBI and the City under theories of contribution and indemnification are distinct and separate from Willard Marine's contract issues with the City, which concern breach of a contract to procure insurance and do not sound in contribution or indemnification. Little or none of the witness testimony or documentary evidence in the trial of the products-based claims against SBI would overlap with the witnesses testimony or documentary evidence in the trial of the insurance contract claims against Willard Marine. Nor would there be any more than procedural overlap with the findings of fact or conclusions of law between the two sets of claims.

Even if it makes sense to separate the trials of the Plaintiffs' claims from the claims against SBI, combining SBI's trial with Willard Marine's trial would frustrate the "judicial efficiency and the general ends of justice" the Court relied upon when it bifurcated Willard Marine's contract case. [D.E. 245 at 8]. For that reason, Willard Marine opposes SBI's motion only to the extent it requests the Court combine its trial with Willard Marine's previously bifurcated trial.

Respectfully submitted this 14th day of November, 2022.

**WILLARD MARINE, INC.**

By: /s/ John S. Buford
    John B. Mumford, Jr. (VSB No. 38764)
    John S. Buford (VSB No. 89041)
    Jessica A. Swauger (VSB No. 89612)
    Hancock, Daniel & Johnson, P.C.
    4701 Cox Road, Suite 400
    Glen Allen, Virginia 23060
    Telephone: (804) 967-9604
    Facsimile: (804) 967-9888
    jmumford@hancockdaniel.com
    jbuford@hancockdaniel.com
    jswauger@hancockdaniel.com
    *Counsel for Willard Marine, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2022, I electronically filed the foregoing using the Clerk's CM/ECF system, which sent a notification of such filing to the following:

David H. Sump (VSB No. 28897)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
dsump@wilsav.com
*Counsel for the City of Norfolk and Officer Richard J. Hryniewich*

Keith J. Leonard (VSB No. 65668)
John I. Paulson (VSB No. 48647)
Nicholas L. Woodhouse (VSB No. 75583)
Huffman & Huffman
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com
*Counsel for David I. Glover and Timothy B. Pridemore*

James L. Chapman, IV (VSB No. 21983)
Darius K. Davenport (VSB No. 74064)
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
jchapman@cwm-law.com
ddavenport@cwm-law.com
*Counsel for Safe Boats International, LLC*

/s/ John S. Buford
John B. Mumford, Jr. (VSB No. 38764)
John S. Buford (VSB No. 89041)
Jessica A. Swauger (VSB No. 89612)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
jswauger@hancockdaniel.com
*Counsel for Willard Marine, Inc.*
