AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| TIMOTHY B. PRIDEMORE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:17-cv-00109 |
| THE CITY OF NORFOLK, VIRGINIA, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THIRD-PARTY DEFENDANT, SAFE BOATS INTERNATIONAL, LLC.

Date: 11/15/2022

/s/ K. Barrett Luxhoj
*Attorney's signature*

K. Barrett Luxhoj, VSB No. 86302
*Printed name and bar number*

Crenshaw, Ware & Martin, PLC
150 W. Main Street, Suite 1923
Norfolk, VA 23510
*Address*

kbluxhoj@cwm-law.com
*E-mail address*

(757) 623-3000
*Telephone number*

(757) 623-5735
*FAX number*