# UNITED STATES DISTRICT COURT
*EASTERN DISTRICT OF VIRGINIA*

**NORFOLK DIVISION**

November 16, 2022

**MINUTES OF PROCEEDINGS IN** Open Court

**PRESENT**: THE HONORABLE Elizabeth W. Hanes, U.S. DISTRICT JUDGE

Deputy Clerk: *K.Galluzzo*               Reporter: Jill Trail, CCR

| Set: 02:00 p.m. | Started: 02:02 p.m. | Ended: 02:35 p.m. |
|---|---|---|

Case No.  2:17cv109

**Glover and Pridemore**

v.

**Hryniewich et al**

Attorney Keith Leonard appeared on behalf of the plaintiffs.

Attorney David Sump appeared on behalf of the defendants.

Attorney John Mumford appeared on behalf of the third party defendant Willard Marine, Inc.

Attorneys James Chapman and Barrett Luxhoj appeared on behalf of the third party defendant Safe Boats International, LLC.

Matter came on for status conference re: Motion to Bifurcate (dkt 283) and setting trial dates.

Counsel answered questions of the Court.

Motion (dkt 283) argued and DENIED.

Court directs parties to mediate at least 60 days prior to trial.

Bench Trial as to Glover and Pridemore v. City of Norfolk and Hryniewich v. Safe Boats International, LLC set for July 10, 2023 @ 9:30 am (~8 days)

| |
|---|
| Bench Trial as to City of Norfolk and Hryniewich v. Willard Marine, Inc set for September 12, 2023 @ 9:30 am (~3 days) |
| |
| Orders to follow. |
| |
| Court adjourned. |