IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DAVID I. GLOVER and
TIMOTHY B. PRIDEMORE,
    Plaintiffs,

v.                                              Civil Action No.  2:17-CV-109 (EWH)

RICHARD J. HRYNIEWICH and
THE CITY OF NORFOLK, VIRGINIA,
    Defendants and
    Third-Party Plaintiffs,

v.

SAFE BOATS INTERNATIONAL, LLC and
WILLARD MARINE, INC.
    Third-Party Defendants and
    Counterclaimant.

**ORDER**

This matter came on for hearing on November 16, 2022 on Safe Boats International, LLC's ("Safe Boats") Motion to Bifurcate. (ECF No. 283.) The Court DENIES Safe Boats' Motion to Bifurcate for the reasons stated on the record during the hearing.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: <u>November 17, 2022</u>