IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| DAVID I. GLOVER,<br><br>　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF NORFOLK, VIRGINIA and RICHARD J. HRYNIEWICH,<br><br>　　　Defendants and Third-Party Plaintiffs,<br>　v.<br><br>SAFE BOATS INTERNATIONAL, INC. and WILLARD MARINE, INC.,<br><br>　　　Third-Party Defendants. | Case No. 2:17-CV-00109 |
| TIMOTHY B. PRIDEMORE,<br><br>　　　Plaintiff,<br>　v.<br><br>THE CITY OF NORFOLK, VA, and RICHARD J. HRYNIEWICH,<br><br>　　　Defendants and Third-Party Plaintiffs,<br>　v.<br><br>SAFE BOATS INTERNATIONAL, INC. and WILLARD MARINE, INC.,<br><br>　　　Third-Party Defendants. | **Consolidated with**<br>**Case No. 2:17-CV-00110** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sara K. Bugbee hereby appears as counsel of record for THIRD-PARTY DEFENDANT WILLARD MARINE, INC. and requests service of all further pleadings, motions, and documents in these matters.

Dated:  February 2, 2023

Respectfully Submitted,

**WILLARD MARINE, INC.**

**By:** /s/ Sara K. Bugbee
       **Counsel**

John B. Mumford, Jr. (VSB No. 38764)
John S. Buford (VSB No. 89041)
Jessica A. Swauger (VSB No. 89612)
Sara K. Bugbee (VSB No. 35924)
HANCOCK, DANIEL & JOHNSON, P.C.
jmumford@hancockdaniel.com
jburford@hancockdaniel.com
jswauger@hancockdaniel.com
sbugbee@hancockdaniel.com
4701 Cox Road, Suite 400
Glen Allen, Virginia  23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
*Counsel for Willard Marine, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of February, 2023, I electronically filed the foregoing using the Clerk's CM/ECF system, which sent a notification of such filing to the following:

David H. Sump (VSB No. 28897)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
dsump@wilsav.com
*Counsel for the City of Norfolk and Officer Richard J. Hryniewich*

Keith J. Leonard (VSB No. 65668)
John I. Paulson (VSB No. 48647)
Nicholas L. Woodhouse (VSB No. 75583)
Huffman & Huffman
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com
*Counsel for David I. Glover and Timothy B. Pridemore*

James L. Chapman, IV (VSB No. 21983)
Darius K. Davenport (VSB No. 74064)
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
jchapman@cwm-law.com
ddavenport@cwm-law.com
*Counsel for Safe Boats International, LLC*

/s/ Sara K. Bugbee
John B. Mumford, Jr. (VSB No. 38764)
John S. Buford (VSB No. 89041)
Jessica A. Swauger (VSB No. 89612)
Sara K. Bugbee (VSB No. 35924)
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
Telephone: (804) 967-9604
Facsimile: (804) 967-9888
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
jswauger@hancockdaniel.com
sbugbee@hancockdanie.com
*Counsel for Willard Marine, Inc.*