# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | |
|---|---|
| DAVID I. GLOVER,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>　　　　Defendants. | Case No. 2:17-cv-00109 |
| TIMOTHY B. PRIDEMORE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>　　　　Defendants. | Case No. 2:17-cv-00110 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney enters her appearance on behalf of Defendants/Third Party Plaintiffs The City of Norfolk, Virginia and Richard J. Hryniewich for all purposes in the conduct, discovery, and trial of this action.

Heather R. Pearson<br>
*Counsel for Defendants/Third Party Plaintiffs*<br>
*The City of Norfolk, Virginia And Richard J. Hyrniewich*<br>
WILLCOX & SAVAGE, P.C.<br>
440 Monticello Avenue, Suite 2200<br>
Norfolk, Virginia 23510<br>
Phone: (757) 628-5551<br>
Fax: (757) 628-5566<br>
hpearson@wilsav.com

I certify that I am a member of the Bar of this Court.

I-2558423.1

Respectfully submitted,

Dated:  February 8, 2023

*/s/ Heather R. Pearson*
Heather R. Pearson
(VSB No. 97157)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone:  (757) 628-5552
Fax:  (757) 628-5566
hpearson@wilsav.com
*Counsel for Defendants/Third Party Plaintiffs*
*City of Norfolk and Richard J. Hryniewich*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Keith J. Leonard, Esquire
John I. Paulson, Esquire
Nicholas L. Woodhouse, Esquire
Huffman & Huffman
Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com

James L. Chapman, IV, Esquire
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1923
Norfolk, VA 23510
jchapman@cwm-law.com

John B. Mumford, Jr., Esquire
John Buford, Esquire
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com

To the best of my knowledge, there are no other attorneys who require service by U.S. Mail.

/s/ Heather R. Pearson
Heather R. Pearson
(VSB No. 97157)
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone: (757) 628-5551
Fax: (757) 628-5566
hpearson@wilsav.com
*Counsel for Defendants/Third Party Plaintiffs*
*City of Norfolk and Richard J. Hryniewich*

I-2558423.1