**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
<u>Norfolk Division</u>

**DAVID I. GLOVER,**

**and**

**TIMOTHY B. PRIDEMORE**

           **Plaintiffs,**

**v.**                                  **CIVIL ACTION NO.: 2:17cv109**

**THE CITY OF NORFOLK, VIRGINIA**

           **Defendant and Third-Party Plaintiff,**

**v.**

**SAFE BOATS INTERNATIONAL, LLC, and**
**WILLARD MARINE, INC.,**

           **Third-Party Defendants.**

<u>**PLAINTIFFS' LIST OF PROPOSED WITNESSES**</u>

       COME NOW the Plaintiffs, DAVID I. GLOVER and TIMOTHY B. PRIDEMORE, and

in and for their list of proposed witnesses to be presented at trial identify the following:

       I.      Witnesses Plaintiffs Expect to Present

           1.      David I. Glover

           2.      Timothy B. Pridemore

           3.      Richard J. Hryniewich

           4.      Sgt. Edwin Pagan

           5.      Timothy Evans

           6.      Capt. David Huffman

           7.      Officer Judy Williams

8.      Officer Harold Springfield

9.      John Poch

10.     Eddie Powell

11.     Paul Kamen

12.     Steve Knox

13.     Peder K. Melberg, M.A., C.R.C.

14.     Bryan Fox, M.D.

15.     Sara Miller, D.C.

16.     Ran V. Singh, M.D.

17.     Anthony J. DiStasio, II, M.D.

18.     James DeMaio

19.     Carmine DeMaio

20.     Madelaine Notaro

21.     Marcelo Clifford

22.     Earle Hall

23.     Michael Duck

24.     Sheila Early Glover

II.     Witnesses Plaintiffs May Call if the Need Arises

1.      Steve Porco

2.      Fred Pratt

3.      The Plaintiff reserves the right to call any and all expert and fact witnesses listed by any parties to this lawsuit.

4.      The Plaintiff reserves the right to call impeachment and rebuttal witnesses as necessary.

5.    The Plaintiff reserves the right to amend and/or supplement this list of proposed witnesses at any time prior to trial.

III.    Deposition designation

1.    Bryan Fox, M.D.

2.    Sara Miller, D.C.

3.    Ran V. Singh, M.D.

4.    Anthony J. DiStasio, II, M.D.

DAVID I. GLOVER

  /s/  Keith J. Leonard
Keith J. Leonard, Esquire
VSB No. 65668
Huffman & Huffman, Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, VA 23606
Tel:  757-599-6050
Fax: 757-591-2784
kleonard@huffmanhuffman.com
Counsel for the Plaintiffs

<u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on the 31st day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

       David H. Sump, Esquire
       Willcox & Savage, P.C.
       440 Monticello Avenue, Suite 2200
       Norfolk, VA 23510
       dsump@wilsav.com
       Counsel for the Defendants

       James L. Chapman, IV, Esquire
       David C. Hartnett, Esquire
       Crenshaw, Ware & Martin, PLC
       150 West Main Street
       Suite 1500, Norfolk, VA 23510
       jchapman@cwm-law.com
       dhartnett@cwm-law.com
       Counsel for SAFE Boats International, Inc.

       John Becker Mumford, Jr., Esq.
       John S. Buford, Esq.
       Hancock Daniel & Johnson
       4701 Cox Road, Suite 400
       Glen Allen, VA 23060
       jmumford@hancockdaniel.com
       Counsel for Willard Marine, Inc

          /s/  Keith J. Leonard
        Keith J. Leonard, Esquire
        VSB No. 65668
        Huffman & Huffman, Brothers-in-Law, P.L.L.C.
        12284 Warwick Boulevard, Suite 2A
        Newport News, VA 23606
        Tel:  757-599-6050
        Fax: 757-591-2784
        kleonard@huffmanhuffman.com
        Counsel for the Plaintiffs