IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DAVID I. GLOVER,

and

TIMOTHY B. PRIDEMORE,

        Plaintiffs,

v.                                          CIVIL ACTION NO.: 2:17cv109

THE CITY OF NORFOLK, VIRGINIA

        Defendant and Third-Party Plaintiff,

v.

SAFE BOATS INTERNATIONAL, LLC, and
WILLARD MARINE, INC.,

        Third-Party Defendants.

**PLAINTIFFS' DESIGNATION OF DISCOVERY MATERIAL INTENDED
TO BE OFFERED INTO EVIDENCE AND LIST OF PROPOSED EXHIBITS**

    COME NOW the Plaintiffs, DAVID I. GLOVER and TIMOTHY B. PRIDEMORE, by counsel, and in and for their designation of discovery material they intend to offer into evidence and list of proposed exhibits at trial identify the following:

    I.    Exhibits Plaintiffs Expect to Offer

| Ex. No. | Title of Document | Page/ sentence | Relevance | Admission basis |
|---|---|---|---|---|
| 1. | Virginia Marine Police's Incident Report and supplements | NOR00184-188 | Official incident investigation | Relevant to liability issues |
| 2. | Reports of Stephen Knox, P.E., NAMS-CMS, SAMS-AMS | Entire documents | Expert witness reports | Relevant to liability issues |
| 3 | Curriculum vitae of Steve Knox, P.E., NAMS-CMS, SAMS-AMS | Entire document | Expert witness qualifications | Relevant to liability issues |

1

| 4. | Reports of Paul Kamen, P.E. | Entire document | Expert witness reports | Relevant to liability issues |
|---|---|---|---|---|
| 5. | Curriculum vitae of Paul Kamen, P.E. | Entire document | Expert witness qualifications | Relevant to liability issues |
| 6. | Photographs of *Marine 5* and the location of the crash, all of which have been previously produced by the parties and others in discovery | Individual photographs | Relevant to liability issues and cause of capsize | Relevant to liability issues |
| 7. | Email communications between personnel of the City of Norfolk and Willard Marine regarding the solicitation for bids, contract, scope of work performed, and sea trial logistics for *Marine 5* | HRY00001-3, 10-13

NOR00260-263 | Relevant to work performed by the Plaintiffs and the basis for the sea trial which are relevant to the liability issues | Relevant to liability issues

Party statements and admissions |
| 8. | Willard Marine "Condition Report" for work performed on *Marine 5*. | NOR00144 | Relevant to work performed by the Plaintiffs and the basis for the sea trial which are relevant to the liability issues | Relevant to liability issues

Party statements and admissions |
| 9. | Yamaha engines data download from twin 300 HP engines on *Marine 5* | Entire documents | Relevant to engine condition and RPM during sea trial and capsize | Relevant to liability issues |
| 10. | Safe Boats International Technical Report – 27' Defender 10 Wide Stability Assessment – 12/23/14 | SB000158-219 | Relevant to stability issues and condition of boat | Relevant to liability issues

Party statements and admissions |
| 11. | City of Norfolk "Invitation for Bids" for re-engining of *Marine 5* completed by Willard Marine and accepted by the City of Norfolk | NOR00078-101, 114-135 | Relevant to scope of work being done on the boat | Relevant to liability issues

Party statements and admissions |
| 12. | City of Norfolk "Notice of Award" to Willard Marine for work on *Marine 5* | NOR00163 | Relevant to scope of work being done on the boat | Relevant to liability issues

Party statements and admissions |

2

| | | | | |
|---|---|---|---|---|
| 13. | City of Norfolk Specialized Position Description – Harbor Patrol Officer | NOR00106-107 | Relevant to Hryniewich's ability to perform sea trial and to the City's selection of Hryniewich as the individual to perform the sea trial | Relevant to liability issues<br><br>Party statements and admissions |
| 14. | Willard Marine invoices and purchase orders to the City of Norfolk regarding *Marine 5* | NOR00136-143 | Relevant to scope of work being done on the boat | Relevant to liability issues |
| 15. | NASBLA course curriculum | NOR00151-156<br><br>NASBLA001-605 | Relevant to Hryniewich's ability to perform sea trial and to the City's selection of Hryniewich as the individual to perform the sea trial | Relevant to liability issues |
| 16. | City of Norfolk "Executive Summary regarding Boat Incident" | NOR00265-66 | Relevant to the cause of the capsize | Relevant to liability issues<br><br>Party statements and admissions |
| 17. | City of Norfolk Homeland Security Division – 2013 Standard Operating Procedures Manual (same as item #11). | NOR00684-685 NOR00686-699 | Relevant to the duties of the Harbor Patrol Unit | Relevant to liability issues<br><br>Party statements and admissions |
| 18. | City of Norfolk personnel email exchanges post-capsize as previously produced in discovery | NOR00199-202, 264, 267, 275, 465-466, 468, 472 | Relevant to the cause of the capsize and liability issues | Relevant to liability issues<br><br>Party statements and admissions |
| 19. | Reports of Peder K. Melberg, M.A., C.R.C. | Entire documents | Expert witness reports and relevant to Glover's lost wages and vocational losses | Relevant to Glover's damages |

3

| 20. | Curriculum vitae of Peder K. Melberg, M.A., C.R.C. | Entire documents | Expert witness qualifications | Relevant to Glover's damages |
|---|---|---|---|---|
| 21. | Films of radiological and other imaging studies | Entire documents | Depict the nature and extent of the Plaintiffs' injuries | Relevant to the Plaintiffs' damages |
| 22. | Photographs depicting the Plaintiffs' injuries | Entire documents | Depict the nature and extent of the Plaintiffs' injuries | Relevant to the Plaintiff's damages |
| 23. | Individual medical bills as identified in discovery | Entire documents | Plaintiffs' incurred medical bills | Relevant to the Plaintiffs' damages |
| 24. | Itemized summary/list of medical bills as identified in discovery (same as item #21). | Entire document | Plaintiffs' incurred medical bills | Relevant to the Plaintiffs' damages |
| 25. | Work restriction notes from Bryan Fox, M.D., all of which have been previously produced in discovery | Entire documents | Glover's lost wages and vocational losses | Relevant to Glover's damages |
| 26. | Curriculum vitae of Bryan Fox, M.D. | Entire document | Expert witness qualifications | Relevant to Glover's damages |
| 27. | Records of Sara Miller, D.C. identified in her deposition (relevant to the damages and injuries in the case). | Entire documents | Depict nature and extent of Glover's injuries | Relevant to Glover's damages |
| 28. | Curriculum vitae of Sara Miller, D.C. | Entire document | Expert witness qualifications | Relevant to Glover's damages |
| 30. | Records of Ran V. Singh, M.D. identified in his deposition. | Entire document | Depict nature and extent of Pridemore's injuries | Relevant to Pridemore's damages |
| 29. | Curriculum vitae of Ran V. Singh, M.D. | Entire document | Expert witness qualifications | Relevant to Pridemore's damages |
| 31. | Records of Anthony J. DiStasio, II, M.D. identified in his deposition | Entire document | Depict nature and extent of Pridemore's injuries | Relevant to Pridemore's damages |
| 32. | Curriculum vitae of Anthony J. DiStasio, II, M.D. | Entire document | Expert witness qualifications | Relevant to Pridemore's damages |

4

II.  Exhibits Plaintiffs May Offer if the Need Arises

| | |
|---|---|
| 1. | Plaintiff's boating licenses, certificates, certifications and the like which have been previously produced (relevant to the liability issues in the case and the Plaintiff's background). |
| 2. | Helm pump and two 250 HP engines removed from *Marine 5* by Willard Marine and currently in its possession (relevant to the liability issues in the case). |
| 3. | Safe Boats International "Norfolk Police Department 270 Full Cabin Survey" (relevant to the liability issues in the case and as party statements and admissions). |
| 4. | City of Norfolk 2007 Purchase Order for *Marine 5* and related procurement documents produced by Defendant City of Norfolk (same as #3). |
| 5. | *Marine 5* Statement of Origin (same as #3). |
| 6. | Yamaha Statement of Origin for the 250 HP and 300 HP engines for *Marine 5* (relevant to liability issues in the case). |
| 7. | Yamaha engine Operation Manual and Owner's Manual for 250 HP and 300 HP engines (same as #6). |
| 8. | Furuno navigation system operator's manual (same as #6). |
| 9. | Virginia Boating Laws and Regulations manual/handbook (relevant to Officer Hryniewich's liability in the case and the City of Norfolk's selection of him as operator during the sea trial and to the liability issues in the case). |
| 10. | Sea Star Installation Instructions and Owner's Manual (relevant to the liability issues in the case). |
| 11. | Safe Boats Item Description for *Marine 5* (relevant to the liability issues in the case and as party statements and admissions). |
| 12. | Safe Boats sea trial records for *Marine 5* (same as #11). |
| 13. | Safe Boats International, LLC, Limited Warranty (same as #11). |
| 14. | Safe Boats engineer drawings for 27' full cabin model to include those for *Marine 5* (same as #11). |
| 15. | Safe Boats International, LLC, Boat Operator's Handbook (same as #11). |
| 16. | Safe Boats internal emails following *Marine 5* capsize (same as #11). |
| 17. | Memorandum of Agreement between U.S. Coast Guard and the City of Norfolk and amendments thereto (relevant to the liability issues in the case and as party statements and admissions). |
| 18. | Dare Marina "Invoice" dated March 25, 2014 (relevant to the liability issues in the case). |
| 19. | Richard Hryniewich certifications/schools attended list and individual certificates (relevant to the liability issues in the case and as party statements and admissions). |
| 20. | *Marine 5* Boarding Sheets (relevant to the liability issues in the case and as party statements and admissions). |
| 21. | Police Marine Unit 5 – History & Information – dated April 2, 2014 (relevant to liability issues in the case and as party statements and admissions). |
| 22. | Crofton Construction Services, Inc., invoice for recovering *Marine 5* (relevant to liability issues in the case). |
| 23. | City of Norfolk 2011 Commonwealth of Virginia Grant Application (relevant to liability issues in the case and as party statements and admissions). |
| 24. | Recorded interview of Edwin Pagan from Sedgwick CMS dated April 2, 2014 (relevant to liability issues in the case and as party statements and admissions). |

| 25. | Reports of Robert K. Taylor, P.E. (relevant to liability issues in the case; expert witness reports). |
|---|---|
| 26. | Defendant Norfolk's discovery responses, including but not limited to its Answers to Interrogatories for each party in the case (relevant to liability and damages issues in the case and as party statements and admissions). |
| 27. | Defendant Hryniewich's discovery responses, including but not limited to its Answers to Interrogatories for each party in the case (same as item #26). |
| 28. | Any and all documents previously produced in discovery in the state cases by both Plaintiffs, the Defendants, and each Third-Party Defendant (same as item #26). |
| 29. | Any and all documents previously produced in the state cases by other individuals/entities through subpoena (same as item #26). |
| 30. | Any and all previously produced Bates numbered documents produced by the parties and other individuals/entities in the state cases (same as item #26). |
| 31. | Any and all exhibits, papers, records, or writings attached to, filed with, or referenced in Plaintiffs' prior filings in this case (same as item #26). |
| 32. | The Plaintiff reserves the right to use any exhibits listed by any other party (same as item #26). |
| 33. | Applicable Federal, Virginia or maritime statutes, ordinances, etc. (same as item #26). |
| 34. | The Plaintiff reserves the right to amend and/or supplement this Exhibit List at any time prior to trial. |

DAVID I. GLOVER

  /s/  Keith J. Leonard
Keith J. Leonard, Esquire
VSB No. 65668
Huffman & Huffman, Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, VA 23606
Tel:  757-599-6050
Fax: 757-591-2784
kleonard@huffmanhuffman.com
Counsel for the Plaintiffs

CERTIFICATE OF SERVICE

    I hereby certify that on the 31st day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David H. Sump, Esquire
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
dsump@wilsav.com
Counsel for the Defendants

James L. Chapman, IV, Esquire
David C. Hartnett, Esquire
Crenshaw, Ware & Martin, PLC
150 West Main Street
Suite 1500, Norfolk, VA 23510
jchapman@cwm-law.com
dhartnett@cwm-law.com
Counsel for SAFE Boats International, Inc.

John Becker Mumford, Jr., Esq.
John S. Buford, Esq.
Hancock Daniel & Johnson
4701 Cox Road, Suite 400
Glen Allen, VA 23060
jmumford@hancockdaniel.com
Counsel for Willard Marine, Inc

    /s/ Keith J. Leonard
Keith J. Leonard, Esquire
VSB No. 65668
Huffman & Huffman, Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, VA 23606
Tel: 757-599-6050
Fax: 757-591-2784
kleonard@huffmanhuffman.com
Counsel for the Plaintiffs