IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| DAVID I. GLOVER and TIMOTHY B. PRIDEMORE,<br><br>   Plaintiffs,<br><br>v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>   Defendants and Third-Party Plaintiffs<br><br>v.<br><br>SAFE BOATS INTERNATIONAL, LLC AND WILLARD MARINE, INC.<br><br>   Third-Party Defendants and Counterclaimant, | Case No. 2:17-cv-00109 (EWH) |

**THIRD-PARTY PLAINTIFF'S PRETRIAL DISCLOSURES:
WITNESS AND EXHIBIT LIST AND DESIGNATION OF DISCOVERY MATERIALS**

COMES NOW, Third-Party Plaintiff the City of Norfolk, Virginia (hereinafter, the "City") by counsel and pursuant to Rule 26(a)(3) of the Federal Rules of Civil Procedure and this Court's Scheduling Order (ECF No. 288), and as and for its Witness and Exhibit List and Designation of Discovery Materials for its clams against Third-Party Defendant SAFE Boat's International, LLC (hereinafter, "SAFE Boats"), states as follows:

**I.    Witnesses**

The City expects to call or may call if the need arises the following witnesses (address and telephone number provided where not identified in discovery):

| Witness | Expects to Present | May Call If Need Arises | Presented By Deposition |
|---|---|---|---|
| Officer Hryniewich | X | | |

1

| Witness | Expects to Present | May Call If Need Arises | Presented By Deposition |
|---|---|---|---|
| Sergeant Edwin A. Pagan | X | | |
| Captain David Huffman | X | | |
| David I. Glover | | X | |
| Timothy B. Pridemore | | X | |
| Steven Porco | | X | |
| Timothy S. Evans | | X | |
| Fred Pratt | | X | |
| Eddie Powell | | X | |
| John Poch | X | | |
| Harold C. Springfield | | X | |
| S.A. Holiday | | X | |
| William Hansen | | | X |
| Tyler Lohse | | | X |
| Scott Peterson | | | X |
| Richard Schwarz | | | X |
| Michael Christ | | X | |

The City reserves the right to call any witnesses identified by the Plaintiffs or SAFE Boats and/or any witness not otherwise identified for purposes of rebuttal or impeachment. By identifying the foregoing witnesses, the City does not guarantee their attendance at trial, but will make reasonable efforts to arrange for their attendance if seasonably requested by other parties.

**II.    Exhibits**

The City identifies the following documents and/or other exhibits that they expect to offer at the trial of this matter as well as those they may offer if the need arises.

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 1 | Basic Marine Operators Course completion certificate | HRY00004, NOR00068 | X | |
| 2 | Tactical Operators Course completion certificate | HRY00005, NOR00069 | X | |
| 3 | Special Purpose Craft – Law Enforcement (SPC-LE) Operator's Handbook, COMDINST 16114.40 (Jan. 2008) | HRY00021-286 | X | |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 4 | SAFE Boats Inspection Report | NOR00002-07, 280-85; SB_0000003-08 | X | |
| 5 | Purchase Order No. 702833 (July 11, 2007) | NOR00035-37; SB_000033-35 | X | |
| 6 | SAFE Boats Quote dated May 8, 2007 | NOR00038-41, 210-13, 562-65; SB_000036-39 | X | |
| 7 | SAFE Boats Objections and Responses to Subpoena Duces Tecum | NOR00062-67 | | X |
| 8 | Willard Marine, Inc., bid on IFB #4427-0-2014EMP | NOR00078-101 | X | |
| 9 | Dare Marine Invoice No. 7055 | NOR00102 | | X |
| 10 | Specialized Position Description / Harbor Patrol Officer | NOR00106-07 | X | |
| 11 | Officer Hryniewich Harbor Patrol Training Evaluation (Feb. 9, 2012 to Mar. 9, 2012) | NOR00108-09 | X | |
| 12 | Officer Hryniewich Harbor Patrol Training Evaluation (dated Jan. 9, 2009 to Feb. 9, 2009) *(entered date is a typo – signatures show year should be 2012) | NOR00110-11 | X | |
| 13 | Officer Hryniewich Harbor Patrol Training Evaluation (Mar. 14, 2012 to Apr. 14, 2012) | NOR00112-13 | X | |
| 14 | Willard Marine, Inc., Invoice No. 18722-01 | NOR00137 | X | |
| 15 | Purchase Order No. PC000021464 | NOR00138 | X | |
| 16 | Willard Marine, Inc., Invoice No. 18744-01 | NOR00142 | | X |
| 17 | NASBLA BOAT Tactical Operator's Course Federal Exclusionary Zone Enforcement Training Curriculum | NOR00151-56 | | X |
| 18 | Yamaha Diagnostic System Data F300 | NOR00157-59 | X | |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 19 | Yamaha Diagnostic System Data LF300 | NOR00160-62 | X | |
| 20 | Notice of Award for IFB #4427-0-2014EMP | NOR00163 | X | |
| 21 | Yamaha Diagnostic System Data LF300 | NOR00164-73 | | X |
| 22 | Yamaha Diagnostic System Data F300 | NOR00174-83 | | X |
| 23 | Norfolk Purchase Order No. 000021464 | NOR00242 | X | |
| 24 | Willard emails seeking payment of invoices | NOR00273-74, 308-09 | | X |
| 25 | VMRC Incident Report | GLO01018-24 | X | |
| 26 | Norfolk Police Department Forensic Investigation Report FCS # 0386-14 | NOR00276 | | X |
| 27 | Norfolk Police Department Forensic Investigation Report FCS # 0386-14A | NOR00277 | | X |
| 28 | Norfolk Police Department Forensic Investigation Report FCS # 0386-14B | NOR00278 | | X |
| 29 | 2011 Port Security Grant Program Application | NOR00292-307 | X | |
| 30 | Officer Hryniewich Field Training Evaluation, dated Mar. 1, 2009 to Mar. 31, 2009 | NOR00334-37 | | X |
| 31 | Officer Hryniewich Field Training Evaluation, dated Apr. 1, 2009 to Apr. 30, 2009 | NOR00331-33 | | X |
| 32 | Officer Hryniewich Field Training Evaluation, dated May 1, 2009 to May 31, 2009 | NOR00338-41 | | X |
| 33 | Officer Hryniewich Field Training Evaluation, dated June 1, 2009 to June 30, 2009 | NOR00350-53 | | X |
| 34 | Officer Hryniewich Field Training Evaluation, dated July 1, 2009 to July 31, 2009 | NOR00354-57 | | X |
| 35 | Officer Hryniewich Field Training Evaluation, dated Aug. 1, 2009 to Aug. 31, 2009 | NOR00358-61 | | X |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 36 | Officer Hryniewich Field Training Evaluation, dated Sep. 1, 2009 to Sep. 30, 2009 | NOR00342-45 | | X |
| 37 | Officer Hryniewich Field Training Evaluation, dated Oct. 1, 2009 to Oct. 31, 2009 | NOR00346-49 | | X |
| 38 | Officer Hryniewich Field Training Evaluation, dated Nov. 1, 2009 to Nov. 30, 2009 | NOR00362-65 | | X |
| 39 | Officer Hryniewich Field Training Evaluation, dated Dec. 1, 2009 to Dec. 31, 2009 | NOR00366-69 | | X |
| 40 | Officer Hryniewich Monthly Probationary Officer Evaluation, dated Jan. 1, 2010 to Jan. 31, 2010 | NOR00370-72 | | X |
| 41 | Officer Hryniewich Monthly Probationary Officer Evaluation, dated Feb. 1, 2010 to Feb. 28, 2010 | NOR00375-76 | | X |
| 42 | Officer Hryniewich Performance Review, Feb. 2010 | NOR00411-22 | | X |
| 43 | Officer Hryniewich Performance Review, Oct. 2011 | NOR00423-34 | | X |
| 44 | Officer Hryniewich Performance Review, Sep. 2013 | NOR00378-89 | X | |
| 45 | Officer Hryniewich Performance Review, May 2013 | NOR00390-401 | X | |
| 46 | Officer Hryniewich Performance Evaluation, Sep. 16, 2013 to Sep. 15, 2014 | NOR00435-41 | X | |
| 47 | Harbor Patrol Unit Standard Operating Procedures Manual | NOR00457-64 | X | |
| 48 | MARINE 2 Logbook excerpt | NOR00498-506 | X | |
| 49 | MARINE 3 Logbook excerpt | NOR00507-511 | X | |
| 50 | Harbor Patrol Boarding Sheet dated Mar. 5, 2013 | NOR00512 | X | |
| 51 | Harbor Patrol Boarding Sheet dated Feb. 28, 2013 | NOR00513 | X | |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 52 | Harbor Patrol Boarding Sheet dated Feb. 27, 2013 | NOR00514 | X | |
| 53 | Harbor Patrol Call Out sheet | NOR00515 | X | |
| 54 | Maritime Boarding Training with HRT Ferries | NOR00516-18 | X | |
| 55 | Harbor Patrol Boarding Sheet dated Apr. 29, 2013 | NOR00519 | | X |
| 56 | Harbor Patrol Boarding Sheet dated Feb. 28, 2013 | NOR00529 | | X |
| 57 | Harbor Patrol Boarding Sheet dated Jan. 8, 2013 | NOR00534 | | X |
| 58 | Harbor Patrol Boarding Sheet dated Jan. 7, 2013 | NOR00535 | | X |
| 59 | Harbor Patrol Boarding Sheet dated Aug. 11, 2012 | NOR00549-50 | X | |
| 60 | Norfolk Sole Source Procurement justification, dated June 7, 2007 | NOR00560 | X | |
| 61 | SAFE Boats Letter of May 3, 2007 | NOR00561 | X | |
| 62 | Photograph of capsized vessel | NOR02060 | | X |
| 63 | Photograph of capsized vessel | NOR02061 | X | |
| 64 | Photograph of capsized vessel | NOR02063 | X | |
| 65 | Photograph of capsized vessel | NOR02079 | X | |
| 66 | Photograph of capsized vessel | NOR02098 | | X |
| 67 | Photograph of capsized vessel | NOR02130 | X | |
| 68 | Photograph of capsized vessel | NOR02144 | | X |
| 69 | Photograph of vessel during salvage | NOR02171 | X | |
| 70 | Photograph of vessel during salvage | NOR02187 | | X |
| 71 | Photograph of vessel cabin interior during salvage | NOR02200 | X | |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 72 | Photograph of vessel cabin interior during salvage | NOR02203 | X | |
| 73 | Photograph of vessel cabin interior during salvage | NOR02211 | | X |
| 74 | Photograph of vessel cabin interior during salvage | NOR02213 | | X |
| 75 | Virginia Department of Emergency Management Funding Allocation Report | NOR02323-24 | X | |
| 76 | Willard Marine quote details | NOR02437 | X | |
| 77 | Defender Class Operator's Handbook (USCG COMDINST 16114-37B) | See attached | X | |
| 78 | Defender Class Operator's Handbook (USCG COMDINST 16114-37A) | See attached | X | |
| 79 | David Glover Resume | WM000014-16 | X | |
| 80 | Willard Marine Safety Rules and Acknowledgment Form | WM000025-27 | X | |
| 81 | Injury & Illness Prevention Program for Willard Marine, Inc. | WM000170-293 | X | |
| 82 | Willard Marine Condition Report 002, dated Feb. 28, 2014 | WM000396 | X | |
| 83 | Email accepting Willard Marine Condition Report 002 | WM000397 | X | |
| 84 | Feb. 14, 2014, email from Mr. Glover to John Poch and Edwin Pagan | WM000307-08 | X | |
| 85 | Feb. 19, 2014, email from Mr. Glover to Mr. Pridemore | WM000313 | X | |
| 86 | Photograph of vessel recovery | WM000575 | | X |
| 87 | Willard Marine, Inc., Condition Report dated Feb. 17, 2014 | WM000616 | X | |
| 88 | Emails between Mr. Glover and John Poch, Feb. 24, 2014, through Mar. 12, 2014 | WM000352-53 | X | |

7

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 89 | Mid-Atlantic Maritime Academy 80 Hour Master 100 Ton course completion certificate | GLO00997 | X | |
| 90 | Basic Craft Familiarization course completion certificate | GLO00999 | X | |
| 91 | Three Day Rescue Boat Operations Review course completion certificate | GLO01000 | X | |
| 92 | SAFE Boats Inventory List | SB_000089-100 | | X |
| 93 | MARINE 5 Diagram | SB_000103 | X | |
| 94 | SAFE Boats emails regarding Israeli capsize incident | SB_000113-17 | | X |
| 95 | NASBLA video: "Closer is better" | NASBLA 0609 | X | |
| 96 | NASBLA video: "herding" | NASBLA 0611 | X | |
| 97 | NASBLA video: "intercept 1" | NASBLA 0612 | X | |
| 98 | NASBLA video: "intercept 3" | NASBLA 0613 | X | |
| 99 | NASBLA Tactical Boat Operator's Course Student Guide | NASBA 0007-0257 | X | |
| 100 | NASBLA Tactical Boat Operator's Course instructor notes regarding maneuvering risks | NASBLA 0288-89 | | X |
| 101 | Yamaha Owner's Manual | HRY00287-398 | X | |
| 102 | Yamaha Owner's Manual | NOR01784-78 | X | |
| 103 | Tim Pridemore Employee Performance Evaluation, dated May 5, 2011 | PRI01594 | X | |
| 104 | Timothy Pridemore resume | PRI01047-48 | X | |
| 105 | Production Manager – East Coast, Essential Functions | PRI01650-51 | X | |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 106 | SAFE Boats International Sea Trial Records for Hull No. 1108 | SB_000015-16 | X | |
| 107 | SAFE Boats International Serial Number Parts Listing | SB_000101 | X | |
| 108 | Copy of Vessel Capacity Plate | SB_000102 | X | |
| 109 | SAFE Boats International - Common Boat – Boat Operator's Handbook | SB_001525-1786 | X | |
| 110 | David Glover's Answer to the City's Interrogatory 2 | Plaintiff's Answers to Defendant the City of Norfolk's First Set of Interrogatories (May 10, 2017), as supplemented (June 22, 2021) | X | |
| 111 | Willard Marine Answer to SAFE Boats Interrogatory 10 | Third-Party Defendant Willard Marine, Inc.'s Answers to SAFE Boats International, LLC's First Interrogatories (July 5, 2017) | X | |
| 112 | SAFE Boats Answer to City Interrogatory 9 | SAFE Boats International, LLC's Objections and Answers to City of Norfolk's First Interrogatories (July 17, 2017) | X | |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 113 | SAFE Boats Answer to City Interrogatory 16 | SAFE Boats International, LLC's Objections and Answers to City of Norfolk's First Interrogatories (July 17, 2017) | | X |
| 114 | Willard's Response to the City's Request for Admission No. 1 | Third-Party Defendant Willard Marine, Inc.'s Responses to the City of Norfolk's Second Requests for Admission (July 6, 2017) | | X |
| 115 | SAFE Boats' Response to the City's Request for Admission No. 5 | SAFE Boats International, LLC's Objections and Responses to the City of Norfolk's First Requests for Admission (July 17, 2017) | | X |
| 116 | SAFE Boats' Response to Officer Hryniewich's Request for Admission No. 6 | SAFE Boats International, LLC's Objections and Responses to Richard J. Hryniewich's First Requests for Admission (Oct. 19, 2017) | | X |
| 117 | Exhibit 2 to William Hansen Deposition | See Attached | X | |
| 118 | Exhibit 3 to William Hansen Deposition | See Attached | X | |
| 119 | Exhibit 5 to William Hansen Deposition | See Attached | X | |

I-2605260.1

| Exhibit No. | Document / Exhibit Name or Description | Source / Citation | Expects to Offer | May Offer if the Need Arises |
|---|---|---|---|---|
| 120 | SAFE Boats July 2, 2020 Memo Regarding Adjustment to Outboard Engine Capacities for Base Boats | SB_006506-6517 | | X |
| 121 | Exhibit 5 to Paul Kamen Deposition, ABYC H-26 Powering of Boats | See Attached | | X |

The City reserves the right to introduce any exhibits identified by the Plaintiffs or SAFE Boats and/or any exhibit not otherwise identified for purposes of rebuttal or impeachment. The City further reserves the right to supplement this exhibit list as needed, pending the Court's decision on SAFE Boats' Motion in *Limine*.

### III. Discovery

The City designates the following portions of deposition transcripts (and, as applicable, associated video recordings) in lieu of in court testimony pursuant to Federal Rule of Civil Procedure 32(a)(1), (3), and (4):

| Deponent Name | Deposition Transcript Citations | Relevance and Basis for Admission |
|---|---|---|
| Richard Schwarz Deposition, dated November 14, 2017 | 5:20-6:4; 7:19-8:22; 15:11-16:17; 17:1-18:15; 30:2-33:4; 37:2-38:23; 54:5-57:6; 80:10-85:16; 105:23-118:13; 122:7-129:25; 131:7-134:18; 138:8-141:7; 156:5-158:14; 161:25-164:13; 176:18-23; 178:5-180:2; 187:19-25. | Deposition testimony regarding SAFE Boat's sale of vessel to City of Norfolk, testing protocols, design and operation of the vessel, and vessel history. Admissible pursuant to Federal Rule of Civil Procedure 32. |
| Scott Peterson Deposition, dated January 26, 2018 | 4:1-15; 7:18-8:11; 18:9-25:1; 25:5-44:25; 52:11-54:5; 56:5-60:25; 62:8-15; 65:12-70:24; 75:19-76:10; 78:21-80:2; 80:15-84:20; 93:4-95:10. | Deposition testimony regarding SAFE Boat's sale of vessel to City of Norfolk, testing protocols, design and operation of the vessel, and vessel history. Admissible pursuant to Federal Rule of Civil Procedure 32. |

I-2605260.1

| William Hansen Deposition, dated January 25, 2018 | 5:1-10; 7:13-20, 8:1-14:1, 14:9-28:23, 29:14-36:25, 37:13-56:9, 56:19-60:1, 60:9-68:1, 69:6-70:16, 71:4-87:16, 87:25-94:13, 94:21-110:10, 110:18-115:8, 115:14-134:4, 134:10-136:22, 137:19-24. | Deposition testimony regarding SAFE Boat's sale of vessel to City of Norfolk, testing protocols, design and operation of the vessel, and vessel history. Admissible pursuant to Federal Rule of Civil Procedure 32. |
|---|---|---|
| Tyler Lohse Deposition, Dated January 25, 2018 | 5:1-11; 7:21-83:23; 86:17-122:8. | Deposition testimony regarding SAFE Boat's sale of vessel to City of Norfolk, testing protocols, design and operation of the vessel, and vessel history. Admissible pursuant to Federal Rule of Civil Procedure 32. |

The City designates the following discovery materials as required by this Court's Scheduling Order (ECF No. 288):

| Exhibit No. | Title of Document | Description | Relevance and Basis for Admission |
|---|---|---|---|
| 110 | Plaintiff's Answers to Defendant the City of Norfolk's First Set of Interrogatories (May 10, 2017) | David Glover's Answer to the City's Interrogatory 2 | Description of accident giving rise to this litigation. Admission by party-opponent. |
| 111 | Third-Party Defendant Willard Marine, Inc.'s Answers to SAFE Boats International, LLC's First Interrogatories (July 5, 2017) | Willard Marine Answer to SAFE Boats Interrogatory 10 | Description of sea trial procedures related to the vessel in question. Admission by party-opponent. |
| 112 | SAFE Boats International, LLC's Objections and Answers to City of Norfolk's First Interrogatories (July 17, 2017) | SAFE Boats Answer to City Interrogatory 9 | Description of SAFE Boats' notes, cautions, or warnings provided to its customers. Admission by party-opponent. |

I-2605260.1

| 113 | SAFE Boats International, LLC's Objections and Answers to City of Norfolk's First Interrogatories (July 17, 2017) | SAFE Boats Answer to City Interrogatory 16 | Statement regarding maximum horsepower maximum for vessels like the vessel in question. Admission by party-opponent. |
|---|---|---|---|
| 114 | Third-Party Defendant Willard Marine, Inc.'s Responses to the City of Norfolk's Second Requests for Admission (July 6, 2017) | Willard's Response to the City's Request for Admission No. 1 | Admission regarding authenticity and scope of the bid to work on the vessel in question. Admission by party-opponent. |
| 115 | SAFE Boats International, LLC's Objections and Responses to the City of Norfolk's First Requests for Admission (July 17, 2017) | SAFE Boats' Response to the City's Request for Admission No. 5 | Admission regarding maximum horsepower plate affixed to vessels like the vessel in question. Admission by party-opponent. |
| 116 | SAFE Boats International, LLC's Objections and Responses to Richard J. Hryniewich's First Requests for Admission (Oct. 19, 2017) | SAFE Boats' Response to Officer Hryniewich's Request for Admission No. 6 | Admission regarding maximum horsepower plate affixed to the vessel in question. Admission by party-opponent. |

The City reserves the right to introduce into evidence any portion of any deposition transcript or video recording identified by the Plaintiffs or SAFE Boats (including undesignated portions of the above transcripts or video recordings) as well as deposition transcripts or video recordings not otherwise identified for purposes of rebuttal or impeachment. The City further reserves the right to introduce any pleadings, briefs, or portions thereof.

I-2605260.1

Dated: May 31, 2023                                 RICHARD J. HRYNIEWICH and THE CITY OF NORFOLK, VIRGINIA

By  */s/ Heather R. Pearson*
    David H. Sump (VSB No. 28897)
    Heather R. Pearson (VSB No. 97157)
    WILLCOX SAVAGE, P.C.
    440 Monticello Avenue, Suite 2200
    Norfolk, Virginia 23510
    Phone: (757) 628-5500
    Fax: (757) 333-3615
    dsump@wilsav.com
    hpearson@wilsav.com

    *Counsel for the City of Norfolk and Officer Richard J. Hryniewich*

14

I-2605260.1

# **CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of May 2023, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following, and serve a copy of the same by U.S. mail and electronic mail:

Keith J. Leonard, Esquire
John I. Paulson, Esquire
Nicholas L. Woodhouse, Esquire
Huffman & Huffman
Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com

*Counsel for David I. Glover and Timothy B. Pridemore*

James L. Chapman, IV, Esquire
Darius K. Davenport, Esquire
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1923
Norfolk, VA 23510
jchapman@cwm-law.com
ddavenport@cwm-law.com

*Counsel for Safe Boats International, LLC*

                                            */s/ Heather R. Pearson*
                                            David H. Sump (VSB No. 28897)
                                            Heather R. Pearson (VSB No. 97157)
                                            WILLCOX SAVAGE, P.C.
                                            440 Monticello Avenue, Suite 2200
                                            Norfolk, Virginia 23510
                                            Phone:  (757) 628-5500
                                            Fax:  (757) 333-3615
                                            dsump@wilsav.com
                                            hpearson@wilsav.com

                                            *Counsel for the City of Norfolk and Officer Richard J. Hryniewich*

I-2605260.1