# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

**DAVID I. GLOVER,**

        **Plaintiff,**

**v.**                                  **CIVIL ACTION NO.: 2:17-cv-109**

**THE CITY OF NORFOLK, VIRGINIA, and**

**RICHARD J. HRYNIEWICH,**

        **Defendants and Third-Party Plaintiffs,**

**v.**

**SAFE BOATS INTERNATIONAL, LLC, and**

**WILLARD MARINE, INC.,**

        **Third-Party Defendants.**

_____

**TIMOTHY B. PRIDEMORE,**

        **Plaintiff,**

**v.**                                  **CIVIL ACTION NO.: 2:17-cv-110**

**THE CITY OF NORFOLK, VIRGINIA, and**

**RICHARD J. HRYNIEWICH,**

        **Defendants and Third-Party Plaintiffs,**

**v.**

**SAFE BOATS INTERNATIONAL, LLC, and**

**WILLARD MARINE, INC.,**

        **Third-Party Defendants.**

## NOTICE OF SETTLEMENT

COME NOW the Plaintiffs, by counsel, and hereby submit this Notice of Settlement to notify the Court that all issues in the above captioned matter have been settled by agreement of all parties involved. The parties will subsequently file a stipulation of dismissal within eleven (11) days after the filing of this Notice per the Court's Scheduling and Pretrial Order entered November 17, 2022.

                                        DAVID I. GLOVER
                                        and TIMOTHY B. PRIDEMORE

                                        /s/ Keith J. Leonard
                                        Keith J. Leonard, Esquire (VSB No. 65668)
                                        John I. Paulson, Esquire (VSB No. 48647)
                                        Huffman & Huffman, Brothers-in-Law, P.L.L.C.
                                        12284 Warwick Boulevard, Suite 2A
                                        Newport News, VA 23606
                                        Tel: 757-599-6050
                                        Fax: 757-591-2784
                                        kleonard@huffmanhuffman.com
                                        jpaulson@huffmanhuffman.com
                                        Counsel for the Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David H. Sump, Esquire
Heather Pearson, Esquire
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
dsump@wilsav.com
Counsel for the Defendants

John B. Mumford, Jr., Esquire
Sara K. Bugbee, Esquire
John S. Buford, Esquire
Hancock Daniel
4701 Cox Road, Suite 400
Glen Allen, VA 23060
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
Counsel for Willard Marine, Inc.

James L. Chapman, IV, Esquire
K. Barrett Luxhoj, Esquire
Crenshaw, Ware & Martin, PLC
150 West Main Street
Suite 1500, Norfolk, VA 23510
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
Counsel for SAFE Boats International, Inc.

/s/ Keith J. Leonard
Keith J. Leonard, Esquire (VSB No. 65668)
John I. Paulson, Esquire (VSB No. 48647)
Huffman & Huffman, Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, VA 23606
Tel:  757-599-6050
Fax: 757-591-2784
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
Counsel for the Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

David H. Sump, Esquire
Heather Pearson, Esquire
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, VA 23510
dsump@wilsav.com
Counsel for the Defendants

John B. Mumford, Jr., Esquire
Sara K. Bugbee, Esquire
John S. Buford, Esquire
Hancock Daniel
4701 Cox Road, Suite 400
Glen Allen, VA 23060
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
Counsel for Willard Marine, Inc.

James L. Chapman, IV, Esquire
K. Barrett Luxhoj, Esquire
Crenshaw, Ware & Martin, PLC
150 West Main Street
Suite 1500, Norfolk, VA 23510
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
Counsel for SAFE Boats International, Inc.

/s/ Keith J. Leonard
Keith J. Leonard, Esquire (VSB No. 65668)
John I. Paulson, Esquire (VSB No. 48647)
Huffman & Huffman, Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, VA 23606
Tel:  757-599-6050
Fax: 757-591-2784
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
Counsel for the Plaintiffs