IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Norfolk Division**

| | |
|---|---|
| DAVID I. GLOVER and TIMOTHY B. PRIDEMORE, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH, <br><br> Defendants and Third-Party Plaintiffs <br><br> v. <br><br> SAFE BOATS INTERNATIONAL, LLC AND WILLARD MARINE, INC. <br><br> Third-Party Defendants and Counterclaimant, | Case No. 2:17-cv-00109 (EWH) <br><br><br> Case No. 2:17-cv-00110 (EWH) |

**PROPOSED ORDER GRANTING EXTENSION OF TIME TO
FILE DISMISSAL ORDERS**

Defendants and Third-Party Plaintiffs the City of Norfolk, Virginia and Richard J. Hryniewich, with the consent of all parties, moved for an extension of time for all parties to file their particular dismissal orders concerning all claims currently pending before this Court (Civil Action Numbers: 2:17-cv-00109 and 2:17-cv-00110). Having evaluated the Motion and for good cause, it is

ORDERED that the deadline for all parties to file their particular dismissal orders concerning all claims currently pending before this Court (Civil Action Numbers: 2:17-cv-00109 and 2:17-cv-00110) is extended to June 30, 2023.

The Clerk is DIRECTED not to dismiss any claim currently pending before this Court for a failure to file a notice of dismissal until June 30, 2023.

I-2615427.1

Dated: June 23, 2023

_____
Elizabeth W. Hanes
United States District Judge

WE ASK FOR THIS:

*/s/ Heather R. Pearson*
Heather R. Pearson (VSB No. 97157)
David H. Sump (VSB No. 28897)
WILLCOX SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone: (757) 628-5500
Fax: (757) 333-3615
dsump@wilsav.com
hpearson@wilsav.com

*Counsel for the City of Norfolk and Officer Richard J. Hryniewich*

SEEN AND AGREED:

*/s/ Keith J. Leonard*
Keith J. Leonard, Esquire
John I. Paulson, Esquire
Nicholas L. Woodhouse, Esquire
Huffman & Huffman
Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com

*Counsel for David I. Glover and Timothy B. Pridemore*

SEEN AND AGREED:

*/s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire
K. Barrett Luxhoj, Esquire
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1923
Norfolk, VA 23510
jchapman@cwm-law.com

I-2615427.1

kbluxhoj@cwm-law.com

*Counsel for Safe Boats International, LLC*

SEEN AND AGREED:

 */s/ Sara K. Bugbee*
John B. Mumford, Jr., Esquire
John S. Buford, Esquire
Sara K. Bugbee, Esquire
Jessica A. Swauger, Esquire.
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
sbugbee@hancockdaniel.com
jswauger@hancockdaniel.com

*Counsel for Willard Marine, Inc.*

I-2615427.1