IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DAVID I. GLOVER and TIMOTHY B. PRIDEMORE,

    Plaintiffs,

v.                                                    Civil Action No.  2:17-cv-109

THE CITY OF NORFOLK, VIRGINIA, and
RICHARD J. HRYNIEWICH,

    Defendants and Third-Party Plaintiffs,

v.                                                    Civil Action No. 2:17-cv-110

SAFE BOATS INTERNATIONAL, LLC,
and WILLARD MARINE, INC.
    Third-Party Defendants and Counterclaimant.

## **ORDER**

    Defendants and Third-Party Plaintiffs the City of Norfolk, Virginia and Richard J. Hryniewich, with the consent of all parties, have moved for an extension of time for all parties to file dismissal orders concerning all claims currently pending before this Court (Civil Action Numbers: 2:17-cv-00109 and 2:17-cv-00110). ECF No. 299. Having evaluated the Motion and for good cause, the Motion is GRANTED. It is ORDERED that the deadline for all parties to file dismissal orders concerning all claims currently pending before this Court (Civil Action Numbers: 2:17-cv-00109 and 2:17-cv-00110) is extended to June 30, 2023. Let the Clerk file this Order electronically and notify all counsel accordingly.

    It is so ORDERED.

                                                                /s/
                                                      Elizabeth W. Hanes
                                                      United States District Judge

Date: <u>June 27, 2023</u>