# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Norfolk Division

| | |
|---|---|
| DAVID I. GLOVER and TIMOTHY B. PRIDEMORE,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>    Defendants and Third-Party Plaintiffs<br><br>v.<br><br>SAFE BOATS INTERNATIONAL, LLC AND WILLARD MARINE, INC.<br><br>    Third-Party Defendants and Counterclaimant, | Case No. 2:17-cv-00109 (EWH)<br><br>Case No. 2:17-cv-00110 (EWH) |

## PROPOSED ORDER GRANTING SECOND EXTENSION OF TIME TO FILE DISMISSAL ORDERS

Defendants and Third-Party Plaintiffs the City of Norfolk, Virginia and Richard J. Hryniewich, with the consent of all parties, have moved for a second extension of time for all parties to file dismissal orders concerning all claims currently pending before this Court (Civil Action Numbers: 2:17-cv-00109 and 2:17-cv-00110) (ECF No. 301). Having evaluated the Motion and for good cause, the Motion is GRANTED. It is ORDERED that the deadline for all parties to file dismissal orders concerning all claims currently pending before this Court (Civil Action Numbers: 2:17-cv-00109 and 2:17-cv-00110) is extended to July 7, 2023. Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED

Dated: _____

                                                                                    Elizabeth W. Hanes

United States District Judge

WE ASK FOR THIS:

*/s/ Heather R. Pearson*
Heather R. Pearson (VSB No. 97157)
David H. Sump (VSB No. 28897)
WILLCOX SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
Phone: (757) 628-5500
Fax: (757) 333-3615
dsump@wilsav.com
hpearson@wilsav.com

*Counsel for the City of Norfolk and Officer Richard J. Hryniewich*

SEEN AND AGREED:

*/s/ Keith J. Leonard*
Keith J. Leonard, Esquire
John I. Paulson, Esquire
Nicholas L. Woodhouse, Esquire
Huffman & Huffman
Brothers-in-Law, P.L.L.C.
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com

*Counsel for David I. Glover and Timothy B. Pridemore*

SEEN AND AGREED:

*/s/ K. Barrett Luxhoj*
James L. Chapman, IV, Esquire
K. Barrett Luxhoj, Esquire
Crenshaw, Ware & Martin, P.L.C.
150 West Main Street, Suite 1923
Norfolk, VA 23510
jchapman@cwm-law.com
kbluxhoj@cwm-law.com

I-2617094.1

*Counsel for Safe Boats International, LLC*

SEEN AND AGREED:

 */s/ Sara K. Bugbee*
John B. Mumford, Jr., Esquire
John S. Buford, Esquire
Sara K. Bugbee, Esquire
Jessica A. Swauger, Esquire.
Hancock, Daniel & Johnson, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
sbugbee@hancockdaniel.com
jswauger@hancockdaniel.com

*Counsel for Willard Marine, Inc.*

I-2617094.1