IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DAVID I. GLOVER and
TIMOTHY B. PRIDEMORE,
    Plaintiffs,

v.                                    Civil Action No.  2:17-CV-109

RICHARD J. HRYNIEWICH and
THE CITY OF NORFOLK, VIRGINIA,
    Defendants and
    Third-Party Plaintiffs,

v.                                      Civil Action No.  2:17-CV-110

SAFE BOATS INTERNATIONAL, LLC and
WILLARD MARINE, INC.
    Third-Party Defendants and
    Counterclaimant.

## ORDER

    Defendants and Third-Party Plaintiffs the City of Norfolk, Virginia and Richard J. Hryniewich, with the consent of all parties, have moved for a second extension of time for all parties to file dismissal orders concerning all claims currently pending before this Court (Civil Action Numbers: 2:17-cv-00109 and 2:17-cv-00110). ECF No. 301. Having evaluated the Motion and for good cause, the Motion is GRANTED. The parties are ORDERED to file dismissal orders concerning all claims currently pending before this Court *or* a motion to enforce the settlement agreement **no later than July 7, 2023**.  Let the Clerk file this Order electronically and notify all counsel accordingly.

    It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: <u>July 5, 2023</u>