**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| DAVID I. GLOVER and TIMOTHY B. PRIDEMORE,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH,<br><br>    Defendants and Third-Party Plaintiffs<br><br>v.<br><br>SAFE BOATS INTERNATIONAL, LLC AND WILLARD MARINE, INC.<br><br>    Third-Party Defendants and Counterclaimant, | Case No. 2:17-cv-00109 (EWH)<br><br>Case No. 2:17-cv-00110 (EWH) |

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

All parties in this case, David I. Glover, Timothy B. Pridemore, the City of Norfolk, Richard J. Hryniewich, Safe Boats International LLC, and Willard Marine Inc, by counsel, together file this Joint Notice of Voluntary Dismissal with Prejudice in the above-referenced actions pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Parties have settled all matters and hereby voluntarily dismiss all claims against each other consistent with a contemporaneous settlement agreement. Nothing in this Joint Dismissal in any way modifies, settles, releases, or dismisses any claims or defenses (asserted or unasserted) related to Starr Liability & Indemnity Company Policy No. MASILLA00006814 issued to Willard Marine.

Date: July 7, 2023					Respectfully submitted,

					*/s/ Keith J. Leonard*
					Keith J. Leonard (VSB No. 65668)
					John I. Paulson (VSB No. 48647)
					Nicholas L. Woodhouse (VSB No. 75583)
					HUFFMAN & HUFFMAN
					12284 Warwick Boulevard, Suite 2A
					Newport News, Virginia 23606
					kleonard@huffmanhuffman.com
					jpaulson@huffmanhuffman.com
					nwoodhouse@huffmanhuffman.com
					*Counsel for Glover and Pridemore*

					*/s/ David H. Sump*
					David H. Sump (VSB No. 28897)
					Heather R. Pearson (VSB No. 97157)
					WILLCOX & SAVAGE, P.C.
					440 Monticello Avenue, Suite 2200
					Norfolk, Virginia 23510
					dsump@wilsav.com
					hpearson@wilsav.com
					*Counsel for the City of Norfolk and Hryniewich*

					*/s/ James L. Chapman, IV*
					James L. Chapman, IV (VSB No. 21983)
					K. Barrett Luxhoj (VSB No. 86302)
					CRENSHAW, WARE & MARTIN, P.L.C.
					150 West Main Street, Suite 1500
					Norfolk, Virginia 23510
					jchapman@cwm-law.com
					kbluxhoj@cwm-law.com
					*Counsel for Safe Boats International, LLC*

					*/s/ Sara K. Bugbee*
					John B. Mumford, Jr. (VSB No. 38764)
					John S. Buford (VSB No. 89041)
					Sara K. Bugbee (VSB No. 35924)
					HANCOCK, DANIEL & JOHNSON, P.C.
					4701 Cox Road, Suite 400
					Glen Allen, Virginia   23060
					Telephone: (804) 967-9604
					Facsimile:   (804) 967-9888
					jmumford@hancockdaniel.com
					jbuford@hancockdaniel.com
					sbugbee@hancockdaniel.com
					*Counsel for Willard Marine*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of July, 2023, I electronically filed the foregoing using the Clerk's CM/ECF system, which sent a notification of such filing to all counsel of record.

_____