**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Norfolk Division</u>**

| | |
|---|---|
| DAVID I. GLOVER and TIMOTHY B. PRIDEMORE, | |
| Plaintiffs, | |
| v. | Case No. 2:17-cv-00109 (EWH) |
| THE CITY OF NORFOLK, VIRGINIA, and RICHARD J. HRYNIEWICH, | |
| Defendants and Third-Party Plaintiffs | Case No. 2:17-cv-00110 (EWH) |
| v. | |
| SAFE BOATS INTERNATIONAL, LLC AND WILLARD MARINE, INC. | |
| Third-Party Defendants and Counterclaimant, | |

**<u>JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

All parties in this case, David I. Glover, Timothy B. Pridemore, the City of Norfolk, Richard J. Hryniewich, Safe Boats International LLC, and Willard Marine Inc, by counsel, together file this Joint Notice of Voluntary Dismissal with Prejudice in the above-referenced actions pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The Parties have settled all matters and hereby voluntarily dismiss all claims against each other consistent with a contemporaneous settlement agreement including all third-party claims and third-party counterclaims. Nothing in this Joint Dismissal in any way modifies, settles, releases, or dismisses any claims or defenses (asserted or unasserted) related to Starr Liability & Indemnity Company Policy No. MASILLA00006814 issued to Willard Marine.

Date: July 7, 2023

Respectfully submitted,

*/s/ Keith J. Leonard*
Keith J. Leonard (VSB No. 65668)
John I. Paulson (VSB No. 48647)
Nicholas L. Woodhouse (VSB No. 75583)
HUFFMAN & HUFFMAN
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com
*Counsel for Glover and Pridemore*

*/s/ David H. Sump*
David H. Sump (VSB No. 28897)
Heather R. Pearson (VSB No. 97157)
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
dsump@wilsav.com
hpearson@wilsav.com
*Counsel for the City of Norfolk and Hryniewich*

*/s/ James L. Chapman, IV*
James L. Chapman, IV (VSB No. 21983)
K. Barrett Luxhoj (VSB No. 86302)
CRENSHAW, WARE & MARTIN, P.L.C.
150 West Main Street, Suite 1500
Norfolk, Virginia 23510
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
*Counsel for Safe Boats International, LLC*

*/s/ Sara K. Bugbee*
John B. Mumford, Jr. (VSB No. 38764)
John S. Buford (VSB No. 89041)
Sara K. Bugbee (VSB No. 35924)
HANCOCK, DANIEL & JOHNSON, P.C.
4701 Cox Road, Suite 400
Glen Allen, Virginia   23060
Telephone: (804) 967-9604
Facsimile:   (804) 967-9888
jmumford@hancockdaniel.com
jbuford@hancockdaniel.com
sbugbee@hancockdaniel.com
*Counsel for Willard Marine*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of July, 2023, I electronically filed the foregoing using

the Clerk's CM/ECF system, which sent a notification of such filing to all counsel of record.

<div style="margin-left:40%;">

*/s/ Keith J. Leonard*
Keith J. Leonard (VSB No. 65668)
John I. Paulson (VSB No. 48647)
Nicholas L. Woodhouse (VSB No. 75583)
HUFFMAN & HUFFMAN
12284 Warwick Boulevard, Suite 2A
Newport News, Virginia 23606
kleonard@huffmanhuffman.com
jpaulson@huffmanhuffman.com
nwoodhouse@huffmanhuffman.com
*Counsel for Glover and Pridemore*

</div>