IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DAVID I. GLOVER and
TIMOTHY B. PRIDEMORE,
    Plaintiffs,

v.                                                       Civil Action No.  2:17-CV-109

RICHARD J. HRYNIEWICH and
THE CITY OF NORFOLK, VIRGINIA,
    Defendants and
    Third-Party Plaintiffs,

v.                                                       Civil Action No.  2:17-CV-110

SAFE BOATS INTERNATIONAL, LLC and
WILLARD MARINE, INC.
    Third-Party Defendants and
    Counterclaimant.

## **FINAL ORDER**

On July 7, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). ECF No. 304. The Court acknowledges that the voluntary dismissal resolves all claims in the matters currently before the Court. The Clerk is DIRECTED to close Civil Action Nos. 2:17-cv-109 and 2:17-cv-110.

    It is SO ORDERED.

    Let the Clerk file this Order electronically and notify all counsel accordingly.

Norfolk, Virginia
Date: <u>July 10, 2023</u>

/s/ *[signature]*
Elizabeth W. Hanes
United States District Judge